LUCY BELL BICKFORD, Appellant, v. EDWIN C. BICKFORD, Respondent.— Motion to amend order entered March 22, 1939, by striking out the words " with

costs," granted. [See 256 App. Div. 1049.] Present — Sears, P. J., Crosby, Lewis and Cunningham, JJ.